18 So.2d 693

## Harry RIVERS v. STATE.

### 4 Div. 825.

Court of Appeals of Alabama.
May 16, 1944.

Rehearing Denied June 6, 1944.

W. R. Belcher, of Phenix City, for appellant.

Wm. N. McQueen, Acting Atty. Gen., and Geo. C. Hawkins, Asst. Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed on authority of Peabody v. State, ante, p. 448, 18 So.2d 691.